AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| STUDIOCANAL SAS, a French société par actions simplifiée, <br> *Plaintiff(s)* <br> v. <br> HOLLYWOOD COLLECTIBLES GROUP, LLC, a Florida limited liability company, <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.  2:24-cv-11002 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
    Hollywood Collectibles Group, LLC
    c/o Registered Agent for Service of Process
    Mark Hilliard
    840 Blackwelder RD
    DeLeon Springs, FL  32130

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
  Kathleen A. Jorrie
  Jeffrey D. Wexler
  Pillsbury Winthrop Shaw Pittman LLP
  725 S. Figueroa Street, Suite 3600
  Los Angeles, CA  90017-5524

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                                                                            *CLERK OF COURT*

Date: _____

                                                                                                            *Signature of Clerk or Deputy Clerk*